

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Jose Anaya,     * From the 142nd District Court
                           of Midland County
                           Trial Court No. CR28308-A.

No. 11-19-00122-CR       * July 11, 2019

                         * Memorandum Opinion by Wright, S.C.J.
                           (Panel consists of: Bailey, C.J.,
                           Stretcher, J., and Wright, S.C.J., sitting
                           by assignment)
                           (Willson, J., not participating)

     This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.